### DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 2019-14 |
| | ) | |
| JULI CAMPBELL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ATTORNEYS:**

**Gretchen Shappert, United States Attorney**
**Nathan Brooks, AUSA**
United States Attorney's Office
St. Thomas, U.S.V.I.
    *For the United States of America,*

**Jason Gonzalez Delgado**
Hato Rey, PR
    *For Juli Campbell.*

### ORDER

**GÓMEZ, J.**

Before the Court is the application of Juli Campbell ("Campbell") to waive her speedy trial. For the reasons stated herein, the time to try this case is extended up to and including August 2, 2019.

While the Speedy Trial Act requires that defendants be tried within seventy days of indictment, the Court specifically finds that extending this period would be in the best interest

*United States v. Campbell et al.*
Criminal No. 2019-14
Order
Page 2

of justice for several reasons. First, an extension is necessary to allow Campbell time to review discovery. Second, Campbell made her request with the advice and consent of counsel. Third, without an extension, Campbell would be denied reasonable time necessary to explore plea options and prepare for trial.

Consistent with these concerns, the United States Court of Appeals for the Third Circuit has recognized that "whether or not a case is 'unusual' or 'complex,' an 'ends of justice' continuance may in appropriate circumstances be granted." *United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994); *United States v. Dota*, 33 F.3d 1179(9th Cir. 1994) ("An ends of justice continuance may be justified on grounds that one side needs more time to prepare for trial [even if the] case [i]s not 'complex.'"); *see also United States v. Lattany*, 982 F.2d 866, 883 (3d Cir. 1992) ("[T]he district court did not abuse its discretion when it delayed the trial to give counsel . . . opportunity to . . . decid[e] upon and prepar[e] an appropriate defense."); *United States v. Brooks*, 697 F.2d 517, 522 (3d Cir. 1982) (holding there was no abuse of discretion where district court found that  multiple count, multiple defendant "case was

*United States v. Campbell et al.*
Criminal No. 2019-14
Order
Page 3

complex and required additional time for adequate

preparation.").

    The premises considered; it is hereby

    **ORDERED** that the time beginning from the date of this order

granting an extension through August 2, 2019, shall be excluded

in computing the time within which the trial for Campbell must

be initiated pursuant to 18 U.S.C. § 3161.


                    S_____
                        **Curtis V. Gómez**
                        **District Judge**