IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JULI CAMPBELL,<br><br>        Defendant. | )<br>)<br>)<br>)  Criminal No. 2019-14<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

    Before the Court is defendant's motion to modify conditions of release to eliminate the requirement of electronic monitoring. [ECF 85]. Defendant represents that she has abided by all of the conditions of her release, and that her pretrial services officer does not object to the request. The government does not oppose the motion. [ECF 90].

    The premises considered, it is hereby ORDERED that the motion is GRANTED and the requirement of electronic monitoring is hereby eliminated. The balance of defendant's release conditions shall remain in place.

DATED: June 11, 2019

                                                  **RUTH MILLER**
                                                  United States Magistrate Judge